KATHY A. DOCKERY
CHAPTER 13 TRUSTEE
700 S. FLOWER ST., SUITE 1950
LOS ANGELES, CA 90017
PHONE: (213) 996-4400
FAX: (213) 996-4426

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES DIVISION**

| | |
|---|---|
| IN RE:<br><br>　Derek Lee Finney<br>　Danielle Helene Frederick<br><br><br><br>DEBTOR(S). | Case No: LA13-32119-NB<br><br>CHAPTER 13<br><br><br>**WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE** |

**TO THE HONORABLE NEIL W. BASON, UNITED STATES BANKRUPTCY JUDGE, DEBTOR(S), ATTORNEY OF RECORD, IF ANY, AND ALL INTERESTED PARTIES:**

The Motion by the Chapter 13 Trustee for dismissal of the above captioned Chapter 13 case, served on the debtor(s), counsel for debtor(s), if any, on August 08, 2014 , is hereby withdrawn.

A hearing on the motion to dismiss was scheduled for March 5, 2015, at 11:00 am.

Executed at Los Angeles, California on February 26, 2015.


_____

Kathy A. Dockery, Chapter 13 Trustee

| | |
|---|---|
| In re: **DEREK LEE FINNEY** | CHAPTER: 13 |
| | CASE NUMBER: **LA13-32119-NB** |

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
700 S. Flower Street, Suite 1950
Los Angeles, California 90017

A true and correct copy of the foregoing document described as "**WITHDRAWAL OF TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**", will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 2/26/15, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 2/26/2015 | Perlita Gozun | *Perlita Gozun* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                           **F 9013-3.1**

| In re: **DEREK LEE FINNEY** | CHAPTER: 13 |
|---|---|
| | CASE NUMBER: **LA13-32119-NB** |

**Service List**

Derek Lee Finney
Danielle Helene Frederick
1294 N. Mar Vista Ave.
Pasadena, CA 91104

MCCARTHY & HOLTHUS, LLP
1770 FOURTH AVENUE
SAN DIEGO, CA 92101

NATIONSTAR MORTGAGE, LLC
ATTN: BANKRUPTCY DEPARTMENT
PO BOX 630267
IRVING, TX 75063

URE LAW FIRM
811 WILSHIRE BLVD
SUITE 1000
LOS ANGELES, CA 90017

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*

**F 9013-3.1**